William C. Tharp (ISB No. 3499)
*btharp@greenerlaw.com*
GREENER BURKE SHOEMAKER P.A.
950 W. Bannock Street, Suite 900
Boise, Idaho 83702
Telephone (208) 319-2600
Facsimile (208) 319-2601

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| KRAZY COUPON LADY, LLC, an Idaho limited liability company;<br><br>       Plaintiff,<br>vs.<br><br>TAMARA IRISH, an individual;<br><br>       Defendant. | Case No.:<br>(Former Fourth Judicial District, Ada County, Case No.: CV-OC-1018428)<br><br>**NOTICE OF REMOVAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that the defendant Tamara Irish (the "Defendant") hereby removes to this Court the state court action described below:

1.  On, or about, September 20, 2010, a civil action was filed by the plaintiff Krazy Coupon Lady, LLC (the "Plaintiff"), in the Fourth Judicial District Court for the State of Idaho, County of Ada, entitled Krazy Coupon Lady, LLC, *an Idaho limited liability company v. Tamara Irish, an individual* (hereinafter the "State Action"). This state civil case number for the State Action was CV-OC-1018428. A copy of the Complaint and Amended Complaint in the State Action, along with its accompanying, is attached hereto as **Exhibit A**.

2. The Defendant was served on October 3, 2010, when the Defendant's counsel accepted service at Plaintiff's request. A copy of the Acceptance of Service is attached hereto as **Exhibit B**.

3. The documents attached hereto as Exhibits A – B constitute all process, pleadings, and orders served upon the Defendant, or filed by the Defendant, to date in the State Action.

4. The State Action is a civil action over which this Court has original jurisdiction arising under 28 U.S.C. § 1331, and is one which may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. §§ 1441 *et seq.* in as much as the lawsuit makes claims under the Lanham Act and Antiycybersquating Consumer Protection Act (ACPA), and there is consequent federal question jurisdiction.

5. The Defendant is informed and believes that the Plaintiff was at the time of the filing of the State Action, a resident of the State of Idaho.

6. The Defendant was, at the time of the filing of the State Action, and still is, a citizen of the State of Idaho.

7. Federal subject matter jurisdiction arising under 28 U.S.C. § 1331 is proper as there is federal question jurisdiction.

8. The Defendant shall give written notice of the removal of the State Action to the Plaintiff and shall file a copy of this Notice with the clerk of the Fourth Judicial District Court for the State of Idaho, County of Ada.

DATED this ___ day of November, 2010. GREENER BURKE SHOEMAKER P.A.

_____
William C. Tharp, Attorneys for Defendant

NOTICE OF REMOVAL – Page 2
19119-002 (356539.doc)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this /st day of November, 2010, I electronically filed the foregoing **Notice of Removal** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Michael R. Christian
MARCUS, CHRISTIAN & HARDEE LLP
737 N. 7th Street
Boise, Idaho 83702

_____
William C. Tharp

**EXHIBIT "A"**

Michael Christian, ISB No. 4311
MARCUS, CHRISTIAN & HARDEE, LLP
Attorneys at Law
737 North 7th Street
Boise, Idaho 83702
Telephone:   (208) 342-3563
Telefax:     (208) 342-2170
   *Attorneys for Plaintiff KRAZY COUPON LADY, LLC*

SEP 20 2010

J. DAVID NAVARRO, Clerk
By KATHY BIEHL
DEPUTY

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| KRAZY COUPON LADY, LLC, an Idaho limited liability company, | Case No. CV OC 1018428 |
| Plaintiff, | COMPLAINT |
| vs. | Fee Category: A. |
| TAMRA IRISH, an individual, | Filing Fee: $88.00 |
| Defendant. | |

Plaintiff KRAZY COUPON LADY, LLC, by and through its attorneys, Marcus, Christian & Hardee, LLP, alleges as and for its Complaint as follows:

1. Plaintiff KRAZY COUPON LADY, LLC ("KCL") is an Idaho limited liability company, with its principal place of business in Emmett, Idaho.

2. Defendant TAMRA IRISH ("Irish") is a resident of Meridian, Idaho.

3. The Court has jurisdiction over this matter pursuant to I.C. § 1-705, and venue is proper pursuant to I.C. §5-404.



COMPLAINT - Page 1

4. On or about November 12, 2008, one of the members of KCL, Joanie Demer ("Demer"), created and registered the Krazy Coupon Lady blog under her own name, at www.krazycouponlady.blogspot.com. Demer created the logo and other customized graphical layout for the site.

5. The assumed business name "Krazy Coupon Lady" was registered by Demer and Heather Wheeler ("Wheeler") on or about March 9, 2009.

6. Demer and Wheeler organized KCL on or about March 31, 2009.

7. Demer and Wheeler assigned the ownership of the Krazy Coupon Lady blog, mark and other assets to KCL.

8. KCL and its predecessors Demer and Wheeler have continually used the Krazy Coupon Lady name since the creation of the Krazy Coupon Lady blog in November 2008. From approximately December 2009 to March 2010, Irish posted content to the Krazy Coupon Lady blog.

9. On or about January 30, 2009, Irish registered the domain name "www.krazycouponlady.com" under her own name. Irish never caused the domain name to link or forward to the Krazy Coupon Lady blog site.

10. At the time of Irish's registration of the www.krazycouponlady.com domain name, the Krazy Coupon Lady mark was distinctive, and the domain name is identical or confusingly similar to that mark.

11. On or about March 30, 2009, Irish and others created the Discount Queens blog site, at www.discountqueens.blogspot.com.

12. Irish has caused the www.krazycouponlady.com domain name to forward to the Discount Queens blog site, on information and belief since approximately June 1, 2009.

Prior to that time, Irish made no use of the domain name in connection with the bona fide offering of any goods or services.

13. Irish intends by the forwarding of traffic from www.krazycouponlady.com to the Discount Queens site, to divert costumers from Plaintiff's online location to the Discount Queens site, and such diversion could harm the goodwill of the Krazy Coupon Lady mark.

14. Irish has caused the diversion for commercial gain or with the intent to tarnish or disparage the Krazy Coupon Lady mark, by creating a likelihood of confusion as to the source, sponsorship, affiliation or endorsement of the Discount Queens site.

15. Irish has made at least one offer to sell the www.krazycouponlady.com domain name to KCL or its members without having used, or having an intent to use, the domain name in the bona fine offering of any goods or services.

16. Irish's use of the www.krazycouponlady.com domain name is likely to create confusion, mistake or deception in the minds of the public.

17. Irish's acts constitute a willful and malicious violation of KCL's trademark rights, with a bad faith intent to profit from KCL's mark.

## FIRST CAUSE OF ACTION:

## TRADEMARK INFRINGEMENT

18. KCL realleges and incorporates by reference the allegations set forth in the foregoing paragraphs.

19. KCL is the owner of the trademark "Krazy Coupon Lady."

20. Irish's foregoing acts constitute trademark infringement under 15 U.S.C. § 1114, for which Irish is liable to KCL for actual or statutory damages in an amount to be proved at trial.

09/21/2010  11:22   2083422217                                                      PAGE  05/06

## SECOND CAUSE OF ACTION:

## LANHAM ACT UNFAIR COMPETITION

21. KCL realleges and incorporates by reference the allegations set forth in the foregoing paragraphs.

22. Irish's use of KCL's mark to promote, market or sell the Discount Queens site in direct competition with the Krazy Coupon Lady site constitutes unfair competition under 15 U.S.C. § 1125(a), for which Irish is liable to KCL for actual or statutory damages in an amount to be proved at trial.

## THIRD CAUSE OF ACTION:

## ANTICYBERSQUATTING CONSUMER PROTECTION ACT VIOLATION

23. KCL realleges and incorporates by reference the allegations set forth in the foregoing paragraphs.

24. Irish's acts constitute violations of the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d), for which Irish is liable to KCL for actual or statutory damages in an amount to be proved at trial.

25. KCL is entitled to judgment ordering transfer of the www.krazycouponlady.com domain name from Irish to KCL.

WHEREFORE, KCL prays for relief as follows:

1. Judgment in its favor against Irish, in an amount to be proved at trial;

2. Judgment ordering the transfer of the www.krazycouponlady.com domain name from Irish to KCL;

3. An award of attorney's fees and costs, pursuant to I.C. § 12-120(3), 15 U.S.C. § 1125(d), 15 U.S.C. § 1117(a), or other applicable statute or rule; and

4. Such other and further relief as the Court deems just and equitable.

DATED this 20th day of September, 2010.

MARCUS, CHRISTIAN & HARDEE, LLP

By _____
Michael Christian
Attorneys for Plaintiff

COMPLAINT - Page 5

10/04/2010  11:19   2083422217                                            PAGE  04/10

Michael Christian, ISB No. 4311
MARCUS, CHRISTIAN & HARDEE, LLP
Attorneys at Law
737 North 7th Street
Boise, Idaho 83702
Telephone:  (208) 342-3563
Telefax:    (208) 342-2170
*Attorneys for Plaintiff KRAZY COUPON LADY, LLC*

CHERI C. COPSEY

NO._____
A.M._____ P.M._____

OCT 0 1 2010

J. DAVID NAVARRO, Clerk
By J. RANDALL
DEPUTY

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| KRAZY COUPON LADY, LLC, an Idaho limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TAMRA IRISH, an individual,<br><br>Defendant. | Case No.   CV OC 1018428<br><br>ANOTHER SUMMONS |

NOTICE:  YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF(S). THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN TWENTY (20) DAYS. READ THE INFORMATION BELOW:

**TO: TAMRA IRISH, an individual, the above-named Defendant(s):**

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above designated Court within twenty (20) days after service of this Summons on you. If you fail to so respond the Court may enter judgment against you as demanded by the Plaintiff in the First Amended Complaint ("Complaint").

ANOTHER SUMMONS - Page 1

A copy of the Complaint is served with this Summons. If you wish to seek the advice or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

(1) The title and number of this case.

(2) If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

(3) Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

(4) Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named Court.

The nature of the claim against you is as set out in the Complaint.

WITNESS MY HAND AND THE SEAL of the said District Court this ____ day of October, 2010.

J. DAVID NAVARRO
Clerk of the District Court

By __J. RANDA___
Deputy

MARCUS, CHRISTIAN & HARDEE, LLP
737 North 7th Street
Boise, Idaho 83702

---

ANOTHER SUMMONS - Page 2

10/04/2010  11:19    2083422217                                              PAGE  06/10

NO._____
A.M._____ P.M._____

OCT 0 1 2010

J. DAVID NAVARRO, Clerk
By J. RANDALL
DEPUTY

Michael Christian, ISB No. 4311
**MARCUS, CHRISTIAN & HARDEE,** LLP
Attorneys at Law
737 North 7th Street
Boise, Idaho 83702
Telephone:  (208) 342-3563
Telefax:    (208) 342-2170
  *Attorneys for Plaintiff KRAZY COUPON LADY, LLC*

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| KRAZY COUPON LADY, LLC, an Idaho limited liability company, ) ) ) | Case No.   CV OC 1018428 |
| Plaintiff, ) ) ) | **FIRST AMENDED COMPLAINT** |
| vs. ) ) | |
| TAMRA IRISH, an individual, ) ) | |
| Defendant. ) / | |

Plaintiff KRAZY COUPON LADY, LLC, by and through its attorneys, Marcus, Christian & Hardee, LLP, alleges as and for its Complaint as follows:

1.  Plaintiff KRAZY COUPON LADY, LLC ("KCL") is an Idaho limited liability company, with its principal place of business in Emmett, Idaho.

2.  Defendant TAMRA IRISH ("Irish") is a resident of Meridian, Idaho.

3.  The Court has jurisdiction over this matter pursuant to I.C. § 1-705, and venue is proper pursuant to I.C. §5-404.



**FIRST AMENDED COMPLAINT - Page 1**

4.  On or about November 12, 2008, one of the members of KCL, Joanie Demer ("Demer"), created and registered the Krazy Coupon Lady blog under her own name, at www.krazycouponlady.blogspot.com. Demer created the logo and other customized graphical layout for the site.

5.  The assumed business name "Krazy Coupon Lady" was registered by Demer and Heather Wheeler ("Wheeler") on or about March 9, 2009.

6.  Demer and Wheeler organized KCL on or about March 31, 2009.

7.  Demer and Wheeler assigned the ownership of the Krazy Coupon Lady blog, mark and other assets to KCL.

8.  KCL and its predecessors Demer and Wheeler have continually used the Krazy Coupon Lady name since the creation of the Krazy Coupon Lady blog in November 2008. From approximately December 2009 to March 2010, Irish posted content to the Krazy Coupon Lady blog.

9.  On or about January 30, 2009, Irish registered the domain name "www.krazycouponlady.com" under her own name. Irish never caused the domain name to link or forward to the Krazy Coupon Lady blog site.

10.  At the time of Irish's registration of the www.krazycouponlady.com domain name, the Krazy Coupon Lady mark was distinctive, and the domain name is identical or confusingly similar to that mark.

11.  On or about March 30, 2009, Irish and others created the Discount Queens blog site, at www.discountqueens.blogspot.com.

12.  Irish has caused the www.krazycouponlady.com domain name to forward to the Discount Queens blog site, on information and belief since approximately June 1, 2009.

Prior to that time, Irish made no use of the domain name in connection with the bona fide offering of any goods or services.

13. Irish intends by the forwarding of traffic from www.krazycouponlady.com to the Discount Queens site, to divert costumers from Plaintiff's online location to the Discount Queens site, and such diversion could harm the goodwill of the Krazy Coupon Lady mark.

14. Irish has caused the diversion for commercial gain or with the intent to tarnish or disparage the Krazy Coupon Lady mark, by creating a likelihood of confusion as to the source, sponsorship, affiliation or endorsement of the Discount Queens site.

15. Irish has made at least one offer to sell the www.krazycouponlady.com domain name to KCL or its members without having used, or having an intent to use, the domain name in the bona fine offering of any goods or services.

16. Irish's use of the www.krazycouponlady.com domain name is likely to create confusion, mistake or deception in the minds of the public.

17. Irish's acts constitute a willful and malicious violation of KCL's trademark rights, with a bad faith intent to profit from KCL's mark.

18. As a direct and proximate result of Irish's acts, KCL has suffered damages in a total amount to be proved at trial.

## FIRST CAUSE OF ACTION:

## LANHAM ACT UNFAIR COMPETITION

19. KCL realleges and incorporates by reference the allegations set forth in the foregoing paragraphs.

20. KCL is the owner of the mark "Krazy Coupon Lady."

21. Irish's use of KCL's mark to promote, market or sell the Discount Queens site in direct competition with the Krazy Coupon Lady site constitutes unfair competition under

15 U.S.C. § 1125(a), for which Irish is liable to KCL for actual or statutory damages in an amount to be proved at trial.

### THIRD CAUSE OF ACTION:
### ANTICYBERSQUATTING CONSUMER PROTECTION ACT VIOLATION

22. KCL realleges and incorporates by reference the allegations set forth in the foregoing paragraphs.

23. Irish's acts constitute violations of the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d), for which Irish is liable to KCL for actual or statutory damages in an amount to be proved at trial.

24. KCL is entitled to judgment ordering transfer of the www.krazycouponlady.com domain name from Irish to KCL.

### FOURTH CAUSE OF ACTION: IDAHO UNFAIR COMPETITION

25. KCL realleges and incorporates by reference the allegations set forth in the foregoing paragraphs.

26. Plaintiff is informed and believes that Irish has entered into a contract, combination or conspiracy with one or more other persons to intentionally and unreasonably restrain Idaho commerce, i.e., through the operation of the Discount Queens site and forwarding traffic to it using the www.krazycouponlady.com domain name.

27. Irish's acts constitute violations of the Idaho Competition Act, I.C. § 48-104, for which Irish is liable to KCL for damages in an amount to be proved at trial.

## FIFTH CAUSE OF ACTION: COMMON LAW UNFAIR COMPETITION

28.  KCL realleges and incorporates by reference the allegations set forth in the foregoing paragraphs.

29.  Irish's acts constitute the tort of common law unfair competition, for which Irish is liable to KCL for damages in an amount to be proved at trial.

WHEREFORE, KCL prays for relief as follows:

1.  Judgment in its favor against Irish, in an amount to be proved at trial;

2.  Judgment in the form of an injunction ordering the transfer of the www.krazycouponlady.com domain name from Irish to KCL;

3.  An award of attorney's fees and costs, pursuant to I.C. § 12-120(3), 15 U.S.C. § 1125(d), 15 U.S.C. § 1117(a), or other applicable statute or rule; and

4.  Such other and further relief as the Court deems just and equitable.

DATED this 1st day of October, 2010.

MARCUS, CHRISTIAN & HARDEE, LLP

By_____
Michael Christian
Attorneys for Plaintiff

# EXHIBIT "B"

10/04/2010  11:19   2083422217                                                    PAGE  02/10

**Michael Christian, ISB No. 4311**
**MARCUS, CHRISTIAN & HARDEE, LLP**
Attorneys at Law
737 North 7th Street
Boise, Idaho 83702
Telephone:   (208) 342-3563
Telefax:   (208) 342-2170
   *Attorneys for Plaintiff KRAZY COUPON LADY, LLC*

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| KRAZY COUPON LADY, LLC, an Idaho limited liability company, ) ) ) Plaintiff, ) ) vs. ) ) TAMRA IRISH, an individual, ) ) Defendant. ) / | Case No.   CV OC 1018428 ACKNOWLEDGMENT OF SERVICE BY ATTORNEY |

STATE OF IDAHO     )
                  : ss.
County of Ada     )

   William C. Tharp, being first duly sworn on oath, deposes and says:

   1.   I am executing and delivering this acknowledged acceptance and receipt of service pursuant to Rule 4(d)(6), Idaho Rules of Civil Procedure.

   2.   I am a member of the law firm of Greener Burke Shoemaker PA.

**ACKNOWLEDGMENT OF SERVICE BY**
**ATTORNEY - Page 1**

3.  I am one of the attorneys representing the Defendant, TAMRA IRISH, named in the above-entitled action.

4.  The Defendant, TAMRA IRISH, has authorized me to receive and accept service of Another Summons and First Amended Complaint in this action on her behalf.

5.  I hereby admit receiving and accepting service of Another Summons and First Amended Complaint in this action on behalf of said Defendant, TAMRA IRISH, as her attorney.

Dated this 5th day of October 2010.

_____
William C. Tharp

SUBSCRIBED AND SWORN to before me this 5th day of October, 2010.

(SEAL)

_____
Notary Public for Idaho
Residing at _____, ID  Idaho
My Commission Expires: 6-22-2012

ACKNOWLEDGMENT OF SERVICE BY
ATTORNEY - Page 2