Michael Christian, ISB No. 4311
MARCUS, CHRISTIAN & HARDEE, LLP
Attorneys at Law
737 North 7th Street
Boise, Idaho 83702
Telephone: (208) 342-3563
Telefax: (208) 342-2170
Email: mchristian@mch-lawyer.com

Attorneys for Plaintiff *KRAZY COUPON LADY, LLC*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KRAZY COUPON LADY, LLC an Idaho limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>TAMRA IRISH, an individual,<br><br>Defendant. | CASE NO. 10-539-S-REB<br><br>**AFFIDAVIT OF JOANIE DEMER IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

STATE OF CALIFORNIA )
                     : ss.
County of Humboldt )

Joanie Demer, having been duly sworn on oath, deposes and states:

AFFIDAVIT OF JOANIE DEMER IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS - 1

1. I am one of the two members of Plaintiff Krazy Coupon Lady, LLC ("KCL"). I am over eighteen years of age and competent to testify to the matters set forth in this affidavit, which I make based on my personal knowledge.

2. I have reviewed the Affidavit of Tamra Irish in Support of Defendant's Motion to Dismiss, and it contains several misstatements of fact.

3. Irish did not start the "Krazy Coupon Lady" blog. I did. I registered an account with Blogger.com, and created the original content for the blog. I maintained the blog from its creation on November 12, 2008. While Irish and I had discussed at a church function the concept of starting a couponing blog – of which there were already dozens or more in existence at the time – we did not make an agreement to name and start the blog. I had already created other blogs, and was already very active in couponing. To my knowledge, Tamra did not have the computer savvy to start a blog herself.

4. I had used the term "crazy coupon lady" in discussions before Irish ever posted the term on her family blog. Irish did not come up with the name for the blog, or "invite" me to use the name, and we did not agree to change the name of the blog I started to "Krazy Coupon Lady." I decided on the name myself, and when I found that the name "Crazy Coupon Lady" was already taken (both through Blogger.com and as a domain name) when creating the blog, I made the spelling change myself.

5. Irish's use of the term "crazy coupon lady" on her personal blog was not "in commerce" or "in connection with a bona fide offering of goods or services." I have reviewed her personal blog and found that she used the term one time, in a post to her blog on November 8, 2008,

AFFIDAVIT OF JOANIE DEMER IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS - 2

in a message to her friends and family who read her blog. A copy of the posting is attached hereto as Exhibit A.

6. Irish was not a "principle" [sic] in the "Krazy Coupon Lady" blog in late November 2008. I had started the blog, and allowed her to post content to it. I also allowed another friend, Heather Wheeler, to post content to the blog. Because we were friends and they were the first to help me, I gave Irish and Wheeler administrative privileges for the blog and listed them as "founders" on the front page of the blog. Irish then added Katie Givens as a contributor and administrator without asking me first. I was not previously acquainted with Givens. Because I wanted to maintain our friendship, I did not object or make Irish remove Givens, even though she had nothing to do with the creation or initial content of the blog. I added the "founders" designation primarily because by that time several other friends and readers were posting content to the blog.

7. Irish continues to characterize our relationship as a partnership. She is aware that I disagree with this characterization, and that it is the subject of litigation in Idaho state court. We did not have a partnership. When the blog was started, we were not engaging in business, and were not sharing any revenues. Only after I began putting ads on my blog on about December 20, 2008, using Google Adsense, did the subject of money come up and eventually result in a dispute. Initially I told everyone that posted content to the blog (including many more people than just Irish and Givens) that I would use my ad revenues to pay for a party for all of the contributors. Several of the authors that would have been included in the party were posting more content than Irish or Givens. We did have a party at another contributor's house on January 13, 2009.

8. Even after I began receiving ad revenue, and Givens and Irish began teaching couponing classes, we never shared any revenue, nor did we ever agree to share any revenue, despite

AFFIDAVIT OF JOANIE DEMER IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS - 3

Irish's and Givens' desire to do so. The fact that Irish and Givens immediately wanted to share revenues equally, irrespective of the amount of effort they put into the blog, made me be against forming a partnership from the beginning. I allowed my friends to place ads on the blog because of our friendship.

9. I am not a sophisticated businessperson. In fact, Irish, Wheeler, Givens and I are all stay at home mothers of small children. I may not have had the most precise grasp of terminology, but I can say that I never intended to form a partnership with Irish and Givens, in the sense that Irish claims in her state court lawsuit, which is why I always refused to make an agreement to share revenues relating to my blog. I wanted to have a place I could share with my friends. If they could make some money in the same way that I was through their own efforts, that was fine with me, but that was as far as it ever went, and as far as I had ever wanted it to go. Irish, on the other hand, wanted to change the site to a ".com", share revenues equally, and use her brother as webmaster, her husband as the accountant, and her mother-in-law as a media contact at KTVB. Wheeler and I were very uncomfortable with all of that and did not agree to Irish's repeated requests.

10. It is true that, after I had allowed Givens and Wheeler to place ads on the blog, Givens' ads initially generated more revenue, and I did suggest that they swap space periodically to be fair. However, there still was no agreement made to share revenues in any way. I had simply arranged the "real estate" on the blog in an attempt to give everyone a fair share of ad space (again, trying to be a good friend), and it didn't work, so I had to adjust it.

11. Irish's assertion that I did not "reveal" in March 2009 the amount of revenue my ads were producing is inaccurate. In fact, at that point Wheeler, Irish and Givens also had ads,

**AFFIDAVIT OF JOANIE DEMER IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS - 4**

and no one was accounting to anyone else regarding these ads. Irish's ads were initially a complete copy of my ads, and I had to change mine so they didn't appear identical on the blog.

12. In fact, I did not receive any actual payment on my Google Adsense account, through which my ads were placed on the blog, until March 26, 2010, because a minimum amount is required to accrue before Adsense pays out. At that time I received about $138.00. At that point Wheeler and Givens had conducted a couponing class together, but did not share any of the revenue from it with Irish or me, and Irish and Givens had taught a couponing class, and did not share the revenue from it with Wheeler or me.

13. After it became apparent that Heather Wheeler and I were providing the bulk of the content to the blog, and Irish and Givens nevertheless continued to press for an agreement to share revenues, I did post an offer to Irish and Given to pay them to be removed from the blog. A copy of the post is attached hereto as Exhibit B. I did this in an attempt to be fair to Irish and Givens and not hurt their feelings in making it clear that Wheeler and I did not want to continue with them involved in the blog if we did turn it into a business. The post makes clear that I did not view the blog as a partnership. I reiterated this point to Irish later that same day.

14. Irish leaves out some important facts when she says that after my offer our relationship "became strained and sometimes antagonistic." In fact, in response to that email, she immediately stripped the blog of all of its customized graphical content (which had taken me over 60 hours of work to create) and removed Wheeler's and my administrative and author privileges, effectively locking us out of the blog. Only after we indicated that we would seek legal recourse if necessary did she restore our administrative and author rights. Fortunately, I had saved copies of the

**AFFIDAVIT OF JOANIE DEMER IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS - 5**

files containing the graphics for the blog and was able to restore it to its prior condition without too much work.

15. Shortly thereafter on the same day, Irish removed herself as an administrator on the blog, and Givens later asked us to be removed. After March 26, 2009, neither Irish nor Givens ever contributed to the Krazy Coupon Lady blog again in any way.

16. On March 30, 2009, Irish emailed me to say that she did not want any money from me, and that the blog "was never about the money" to her. A copy of that email is attached hereto as Exhibit C.

17. On about March 29, 2009, i.e., within three days after trashing and removing herself from the Krazy Coupon Lady site, Irish brought her competing "Discount Queens" website online, at discountqueens.blogspot.com. It engages in essentially the same business as KCL's site, i.e., it provides couponing information and contains ads from which it derives revenue, although KCL's site has significant additional content at this point, and Wheeler and I have done substantial work to build up a following through national media appearances and our book (discussed below). Irish has operated the Discount Queens site continuously since March 29, 2009, and has had no further involvement in the Krazy Coupon Lady site. Irish and Givens solicited most of the contributing authors to KCL's site to move to Discount Queens, and several of them did. Irish does not reveal or share with Wheeler or me what revenue the Discount Queens site generates.

18. We discovered on about May 30, 2009 that Irish had caused the krazycouponlady.com domain name to forward traffic to her Discount Queens website. She had never caused it to forward traffic to the Krazy Coupon Lady site. The krazycouponlady.com domain name continues to forward to the Discount Queens website today.

AFFIDAVIT OF JOANIE DEMER IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS - 6

19. Heather Wheeler and I are the only two members of KCL, and we have contributed our interest in the Krazy Coupon Lady site, and any intellectual property rights associated with it, to the LLC. We also authored a book, *Pick Another Checkout Lane, Honey*, on which we listed the name of our present domain name, thekrazycouponlady.com, and which we market through KCL.

20. The pleadings attached as Exhibit D to Irish's affidavit are not the pleadings from the state court litigation over Irish's partnership claims, as stated in her affidavit, but are the original and amended complaint in this action.

21. On the date that Irish registered the krazycouponlady.com domain name, the Krazy Coupon Lady blog was receiving about 150-200 hits per day. By the time we found she was causing the krazycouponlady.com domain name to forward to her competing Discount Queens website, in late May 2009, the Krazy Coupon Lady site was receiving about 4,000 hits per day. Through our national media appearances and book we have increased traffic to KCL's site significantly since then.

22. We can safely assume that Irish's site has benefited from any increase of traffic to our site, since unwitting users entering the krazycouponlady.com domain name will be directed to the Discount Queens website, not the Krazy Coupon Lady website. I know this to be the case because during one media story our site was mentioned, but not the spelling, and we found that the site with the domain name crazycouponlady.com received a large spike in traffic. We subsequently purchased that domain name and its site is no longer in existence. The crazycouponlady.com domain name now forwards to KCL's site.

AFFIDAVIT OF JOANIE DEMER IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS - 7

23.  It is important to note that the crazycouponlady.com domain name was initially registered to Amber Shelton, from whom we purchased the domain name rights, in 2007. A copy of the WHOIS registration information reflecting this is attached hereto as Exhibit D. Amber's website using the domain name was in existence, engaged in the business of selling videos about couponing, before the Krazy Coupon Lady blog was created. This is one of the reasons I changed the spelling when I created the blog.

24.  On March 26, 2009, Irish also offered to sell any interest she may have had in the Krazy Coupon Lady blog for $700. Her email to me including that offer is attached as Exhibit E. Presumably that offer included any interest in an identical domain name.

DATED this 6th day of January, 2011.

_____
JOANIE DEMER

SUBSCRIBED AND SWORN TO before me this 6th day of January, 2011.

_____
Notary Public for State of CALIFORNIA
Residing at McKinleyville
My Commission Expires: 12-12-12

(SEAL)


J. PAUL TREPANIER
Commission # 1822654
Notary Public - California
Humboldt County
My Comm. Expires Dec 12, 2012

AFFIDAVIT OF JOANIE DEMER IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS - 8

## CERTIFICATE OF SERVICE

I hereby certify that on this ___6___ day of January, 2011, I electronically filed the foregoing in the above-referenced matter with the Clerk of the Court using the CM/ECF system which sent the Notice of Electronic Filing to the following persons:

William C. Tharp
Local Counsel
*btharp@greenerlaw.com*
Greener Burke Shoemaker PA
950 West Bannock Street, Suite 900
Boise, Idaho 83702
Telephone: (208)319-2600
Facsimile: (208)319-2601

Steven L. Rinehart
Attorney *Pro Hac Vice*
50 West Broadway, Suite 1200
Salt Lake City, UT 84101
Telephone: (801)328-0266

/s/Michael Christian

AFFIDAVIT OF JOANIE DEMER IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS - 9

**THURSDAY, NOVEMBER 20, 2008**

So, I don't know when I became this craft loving/coupon saving/Joann's shopping stay-at-home mom but these things have slowly taken over my life (much to the surprise of my family). I had the hardest time adjusting to being a full time mom - the transition from a college life where all day everyday was spent with peers in the lab or library working or studying to the life of a homemaker where all day everyday was spent nursing, changing diapers, and more nursing was more than difficult. Am I getting to personal for the blog? Anyway, I am happy to say I have finally learned to embrace my new role and can now realize how lucky I am to be able to stay home and raise my little boy. The craft store obsession and coupon clipping are just ways to add some sort of variety and brain activity to my life. Who knew Mod Podge could be used for so many different things? I love that stuff.
Enough rambling, the point of this post is to tell anyone who cares that a couple of us coupon lovers have started a blog - **KrazyCouponLady.blogspot.com** - so we can help each other stay on top of deals. It has links to all the coupon sites and anyone who wants to contribute should let me or any other contributor know -the more the better for everyone!

POSTED BY TAMRA AT 9:45 PM   6 COMMENTS

---

**SATURDAY, NOVEMBER 8, 2008**

### Crazy Coupon Lady (and Halloween)

I have officially become that crazy coupon lady who spends a half hour checking out annoying all other costumers and cashiers. Most of you probably already know about the Albertson sale this week and all the crazy coupons that you can print for it but I am so excited that I have to share. Thanks to a few bargain/coupon savvy friends - Katie, Heather, Joanie -**I just purchased $638 worth of groceries for $77**!! That's crazy! I know!! I can't stop saying that. And I'm sure there are lots of ladies who saved even more. Granted those are Albertson prices but I still got some great deals. Let me just tell you what I got:

48 - ALL liquid detergents (32 loads)
10 - BC Cakes mixes
10 - BC Frosting
18 - BC cookie pouches
8 - Progresso 32 oz chicken/beef Broth
13 - Wish Bone salad Dressings
16 - Green Giant frozen boxed veggies
6 - Green Giant frozen bagged veggies
14 - Pillsbury refrigerated cookie dough rolls
4 - Boxes GM cereal
10 - Dove shampoo and Conditioners

The detergent obviously made up most of the purchase, I had double coupons for ten making them $.17 each, the rest were $.67. The boxed veggies were free, the shampoos were about $.17, the Salad dressing were something like $.30, etc... I realize that this won't have a huge impact on my grocery shopping but I buy all these things and they are all good for at least a year or more. The best was when on one particular checkout (I had doubled coupons) the cashier actually OWED ME .$20, CRAZY !!! Albertsons paid me to take free groceries!

Here is a picture of SOME of the items:

irishs.blogspot.com/search?updated-mi...



8/20

12/13/2010 The Irish Family



Enough about coupons, here are some Halloween pictures. Dylan sported two different costumes this year. Jeff just couldn't let go of the Yoda costume from last year and since it actually fit him this year he wore it for a while before changing into his favorite costume, the dinosaur. He loved wearing it made dino noises the entire night.





12/13/2010                                The Irish Family



POSTED BY TAMRA AT 6:25 PM   9 COMMENTS

---

SATURDAY, NOVEMBER 1, 2008

### Family Pictures

More family pictures! For all of you who requested belly pics this is about as good as it gets - no nude belly will be shown. Mine's not so cute after baby number one turned my entire midsection into a strech mark. So here we are, me and my seven month prego puffiness and all. Don't be surprised if you see a similar picture on your Christmas card.





POSTED BY TAMRA AT 7:15 PM   10 COMMENTS

---

WEDNESDAY, OCTOBER 15, 2008

01/06/2011 14:59 707-839-5206 MCK. OFFICE SUPPLY PAGE 13

# BLOG

**THURSDAY, MARCH 26, 2009**

**This is from Heather and Joanie:**

We started this blog as friends. Now we're headed toward being a business. Heather and Joanie want to buy it and take it in a different direction. All 4 of us would likely agree, if we knew this was going to become a business we never would have chosen each other as business partners.

Tamra, we'd like to buy you out. For your idea and for the .com site, we'd like to pay you $200.

Katie, we appreciate your work in spreading the word of the blog and hope you've been compensated by what you've earned at the classes you've taught. You, however, have no claim to being a partner or founder, you spread the word as a volunteer author before you were brought in as a partner by Tamra. We would like to give you $70 to compensate you for what you have done.

Here's how we figure dollar profits:

Heather and Joanie have made about $170 total: Heather from her class, Joanie from adsense (plus her products from sidebar ads), Tamra made a similar amount from the class she taught plus whatever adsense, Katie made about double that plus her coupons.com.

We hope this is acceptable to you both. If you are unwilling to be bought out, we will take what is ours from the blog and start anew. The things we own are:

The entire custom designed setup and logos

The name and url krazycouponlady.blogspot.com

All of our posts and advertisers

If we were in your shoes, we know we would feel personally hurt and attacked, but whether or not you believe us, we like you very much as friends, but we don't want to go into business with you. If there's any hope of saving friendship we are both willing and eager pursue it with you.

Heather and Joanie

POSTED BY JOANIE DEMER AT 10:41 AM

**VIPs**
Heather
Katie
Tamra
Joanie

**10 COMMENTS:**

**Tamra said...**

No thank you. I would prefer not to be bought out for such a minimal profit. The name was krazycoupon lady was my idea as well though. Joanie I am sure you remember this form the night I came to you with the idea. You can even check out my personal blog with an earlier post using that exact title (posted before the blog even came to be). Sorry for any hurt feelings. Katie is insulted by the lack of credit given her. I'm confused by that as well. The ID Statesman and the coupon classes were the most profitable ideas yet.

MARCH 26, 2009 1:33 PM

**Tamra said...**

I will change the backround and header immediately.

MARCH 26, 2009 1:34 PM

**Heather Wheeler said...**

Tamra,

we hoped this would go down differently. Here is the next step. We are in the process of seeking legal counsel. Our blog falls under common law property and your move to remove us as administrators is in direct violation of those laws. We were so advised that we can file suit against yours and Katie's personal property as we are not registered as limited liability corp. Once legal counsel is obtained a court order will shut down the site for an undetermined amount of time until this is resolved between us (at a high cost to ALL of us) or by court fiat. The decision is yours on how you want to proceed. We request our admin privileges restored and we continue to commit to not revoking your privileges until this has been resolved.

We understand the buyout price isn't what either of you want and we are willing to negotiate fair prices as adult business partners.



EXHIBIT B

1 of 2

1/6/2011 11:25 AM

http://fanfaralice.blogspot.com/2009/03/normal-0-false-false-false-en-us...

Did you guys just really just threaten my personal property? Heather - I've seen you bully others (including myself) and Joanie - your passive-aggressive behavior isn't fooling anyone, but really, this is a new low for you both.

I'm confused again. I thought you wanted to start your own blog? I'm sure you are trying to intimidate me by using copy-paste legal jargon but I assume you I'm not. Nor would I ever consider penning a law suit over a coupon blog, even though the resources are readily available to me free of cost, with multiple attorneys in both Jeff and I's family. That seems a little ridiculous. I'm not sure you have any room to be implying who would be better business partners. Heather do you realize Joanie specifically told me she did not want to split any of the money with you? She would only consider splitting with me? That fact remains the blog was my idea and Joanie took it, implied she would share, it made more money then anticipated, and she changed her mind. This is why patents and copyrights have been established. Shame on me for not pursuing one before including a supposed friend on an idea. I'm not sure how you can ever feel ok with doing this Joanie. I would be ok with letting a Stake President arbitrate this dispute between you and I.

If you wanted admin priviliges you should have asked. I thought you made it clear you were going to start "anew" and I was only trying to protect the blog from slanderous comments.

If you wish to seek stake cousil arbitration then I will be 100% on board with his desicion. If not, here is my offer: $700 and I'll remove my name from the author list.

I also feel Katie deserves a buy-out as well. Once a price is decided on between you and her I will consider this transaction complete.

MARCH 26, 2009 9:58 PM



1/6/2011                    crazycouponlady.com WHOIS domain r...



| | |
|---|---|
| Current Registrar: | GODADDY.COM, INC. |
| IP Address: | 64.202.189.170 (ARIN & RIPE IP search) |
| Record Type: | Domain Name |
| Server Type: | Apache |
| Lock Status: | clientDeleteProhibited |
| WebSite Status: | Active |

```
The data contained in GoDaddy.com, Inc.'s WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden wit
permission of GoDaddy.com, Inc.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In pa
you agree not to use this data to allow, enable, or otherwise make pc
dissemination or collection of this data, in part or in its entirety,
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic elec
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purpos

Please note: the registrant of the domain name is specified
in the "registrant" field.  In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.


Registrant:
   Amber Shelton
   509 Fairfield Court
   McKinney, Texas 75070
   United States

   Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
   Domain Name: CRAZYCOUPONLADY.COM
      Created on: 27-Sep-07
      Expires on: 27-Sep-11
      Last Updated on: 23-Sep-09

   Administrative Contact:
      Shelton, Amber   amber.shelton@sbcglobal.net
      509 Fairfield Court
      McKinney, Texas 75070
      United States
      (972) 347-1252      Fax --

   Technical Contact:
      Shelton, Amber   nomail@godaddy.com
      509 Fairfield Court
      McKinney, Texas 75070
      United States
            Fax --

   Domain servers in listed order:
      NS45.DOMAINCONTROL.COM
      NS46.DOMAINCONTROL.COM
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Ne Solutions, therefore, does not guarantee its accuracy or completeness.

EXHIBIT D

Show underlying registry data for this record

01/06/2011  14:59   707-839-5206   MCK. OFFICE SUPPLY   PAGE  16

**Gmail** - (no subject)

Nate Demer <nateandjoanie@gmail.com>

## (no subject)

**Tamra Irish <tamrairish@gmail.com>**  Mon, Mar 30, 2009 at 5:15 PM
To: Nate & Joanie Demer <nateandjoanie@gmail.com>

I've been shocked by this all as well. I am truly sorry and embarrassed by my husbands post. My blog is not very popular and had little traffic flow so I'm sure not many people saw it. All of this was a personal attack. You call it business and that may help you justify it. But to me it was all personal. I took it personal everytime Heather posted something directed personally at me - when all I ever tried to do was make things equal and fair. I took it all personal, including all the little jabs you took at me in the email to Katie. I took it personal when you threatend to pursue my personal assets over a coupon blog. I took it personal when you lied to my face for four plus hours about starting a business. This was all personal to me - business is always personal. That is why I responded on a personal level. I felt you were being dishonest. I took your and Heathers name off the blog in response to your "buy-out." As I read the terms, if I didn't agree with the price then you would take what was your and I mine. I always thought you knew the name was mine. I'm not even sure how you can dispute this. You said you were going to start "anew." How else would I take that? I am sorry if you thought I was doing it to be vengful, I wasn't and I think that was made clear when I came home form the store, saw the legal threat and quickly added you back. I would have rather kept myself on the site but since I didn't want a buy-out I had no other option. I think that qualifies as being pushed out.

All this being said, I am sorry all of this happened. I wish I wish I wish I could never have done any of this and never ever was part of the blog. I hate the feelings I have over this and feel sick about Jeff's post. It was obviously all how I felt as I expressed things to him but never did I ever want to share it with the world. HE took the liberty of going through all my e-mails and came up with it all on his own. He is soo protective and a little crazy when it comes to me. I am not out slandering anyone. I've told my close friends shelley and Libby and Christy came to me. She sent an email regarding the giveaway and so I told her I was no longer with KCL. She asked why and where and I told her. She told Emily. I promise you I am not slandering anyone. I have not said anything that isn't true and have kept it short with no details to everyone else that has e-mailed me.

I honesity want to move on with my life and never think of this drama again. I'm sure you feel the same way. This is a sad story for both of us. I do not want any of your money. It was never about the money for me. I want to get over this and control the damage as much as possible from here on out. I am truly and sincerely sorry for any hurt I have caused you or Heather. Please accept my apology.
Tamra

[Quoted text hidden]



EXHIBIT E

1/6/2011 11:38 AM

1 of 1