**Michael Christian, ISB No. 4311**
**MARCUS, CHRISTIAN & HARDEE,** LLP
Attorneys at Law
737 North 7th Street
Boise, Idaho 83702
Telephone:    (208) 342-3563
Telefax:      (208) 342-2170
Email: mchristian@mch-lawyer.com

Attorneys for Plaintiff *KRAZY COUPON LADY, LLC*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KRAZY COUPON LADY, LLC, an Idaho limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>TAMRA IRISH, an individual<br><br>Defendant. | CASE NO. 10-539-S-REB<br><br>AFFIDAVIT OF JUNGJIN LEE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |

STATE OF Michigan    )
                     : ss.
County of Washtenaw  )

JungJin Lee, having been duly sworn on oath, deposes and states:

1. I am over eighteen years of age and competent to testify to the matters set forth in this affidavit, which I make based on my personal knowledge.

**AFFIDAVIT OF JUNGJIN LEE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS - 1**

2. I am a licensed attorney practicing in Ann Arbor, Michigan. I regularly assist clients with trademark registration applications to the United States Patent and Trademark Office.

3. My law firm, Lee, Lee & Associates, PC, assisted Krazy Coupon Lady, LLC ("KCL") with its trademark registration application, serial number 77742219. KLC originally filed the application itself as a "1(a)" application, indicating use of the mark to be registered. A true and correct copy of the original filing is attached hereto as Exhibit A. KCL then hired my firm to assist it in early 2010.

4. Because we concluded that we could not support the claimed use date for the exact phrase for which KCL was seeking registration, "Krazy Coupon Lady, Pick Another Checkout Lane Honey," we amended the application in March 2010 to "1(b)," or "intent to use" application. A true and correct copy of the amended application is attached here to as Exhibit B.

5. I understand that the Defendant in this action has claimed that, by virtue of its present status as a "1(b)" applicant, KCL cannot claim to have used any portion of the mark to be registered, prior to the original application date of May 21, 2009. This is incorrect. In fact, any portion of the mark to be registered could have been in use prior to the application date, and KCL could have common law rights associated with that use. We merely decided to change the application to support a use date that we knew to be a defensible for the entire phrase included in the mark for registration purposes. The date of application for registration of the entire phrase would not affect common law rights arising from any earlier use of any portion of the mark. I understand this case does not involve the entire mark, but only the "Krazy Coupon Lady" portion of it.

AFFIDAVIT OF JUNGJIN LEE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION
TO DISMISS - 2

DATED this __6__ day of January, 2011.

_____
JungJin Lee

SUBSCRIBED AND SWORN TO before me this __6th__ day of January, 2011.

_____
Notary Public for State of __Michigan__
Residing at __Washtenaw Co.__
My Commission Expires: __4-4-2011__

(SEAL)

Tobin C. Darnell
Notary Public, Washtenaw County, MI
My Commission Expires 4-4-2011

AFFIDAVIT OF JUNGJIN LEE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS - 3

## CERTIFICATE OF SERVICE

      I hereby certify that on this ___6th___ day of January, 2011, I electronically filed the foregoing in the above-referenced matter with the Clerk of the Court using the CM/ECF system which sent the Notice of Electronic Filing to the following persons:

William C. Tharp
Local Counsel
*btharp@greenerlaw.com*
Greener Burke Shoemaker PA
950 West Bannock Street, Suite 900
Boise, Idaho  83702
Telephone: (208)319-2600
Facsimile:  (208)319-2601

Steven L. Rinehart
Attorney *Pro Hac Vice*
50 West Broadway, Suite 1200
Salt Lake City, UT  84101
Telephone: (801)328-0266

                                                                           /s/Michael Christian

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 77742219
Filing Date: 05/21/2009

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| TEAS Plus | YES |
| **MARK INFORMATION** | |
| *MARK | Krazy Coupon Lady Pick another check out lane, honey |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Krazy Coupon Lady Pick another check out lane, honey |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Krazy Coupon Lady |
| *STREET | 518 E Fourth Street |
| *CITY | Emmett |
| *STATE (Required for U.S. applicants) | Idaho |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | |


EXHIBIT A

| (Required for U.S. applicants only) | 83617 |
|---|---|
| PHONE | (208) 514-9192 |
| EMAIL ADDRESS | krazycouponlady@gmail.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | LIMITED LIABILITY COMPANY |
| * STATE/COUNTRY WHERE LEGALLY ORGANIZED | Idaho |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 041 |
| IDENTIFICATION | Education services, namely, providing live and on-line classes, seminars, workshops in the field of teaching people how to use coupons |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 11/01/2008 |
| FIRST USE IN COMMERCE DATE | At least as early as 11/01/2008 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT7\IMAGEOUT7 \777\422\77742219\xml1\FTK0003.JPG |
| SPECIMEN DESCRIPTION | Digital Image of a website currently used in commerce |
| **ADDITIONAL STATEMENTS INFORMATION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **CORRESPONDENCE INFORMATION** | |
| *NAME | Krazy Coupon Lady |

| FIRM NAME | Krazy Coupon Lady |
|---|---|
| *STREET | 518 E Fourth Street |
| *CITY | Emmett |
| *STATE (Required for U.S. applicants) | Idaho |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 83617 |
| PHONE | (208) 514-9192 |
| *EMAIL ADDRESS | krazycouponlady@gmail.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE PAID | 275 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Heather Wheeler/ |
| * SIGNATORY'S NAME | Heather Wheeler |
| * SIGNATORY'S POSITION | Authorized Signatory |
| * DATE SIGNED | 05/21/2009 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 77742219**
**Filing Date: 05/21/2009**

**To the Commissioner for Trademarks:**

**MARK:** Krazy Coupon Lady Pick another check out lane, honey (Standard Characters, see mark)
The literal element of the mark consists of Krazy Coupon Lady Pick another check out lane, honey.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Krazy Coupon Lady, a limited liability company legally organized under the laws of Idaho, having an address of
    518 E Fourth Street
    Emmett, Idaho 83617
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**

    International Class 041:  Education services, namely, providing live and on-line classes, seminars, workshops in the field of teaching people how to use coupons

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 041, the mark was first used at least as early as 11/01/2008, and first used in commerce at least as early as 11/01/2008, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Digital Image of a website currently used in commerce.
Specimen File1


  Correspondence Information: Krazy Coupon Lady

        518 E Fourth Street
        Emmett, Idaho 83617
        (208) 514-9192(phone)
        krazycouponlady@gmail.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Heather Wheeler/   Date Signed: 05/21/2009
Signatory's Name: Heather Wheeler
Signatory's Position: Authorized Signatory


RAM Sale Number: 1004
RAM Accounting Date: 05/22/2009

Serial Number: 77742219
Internet Transmission Date: Thu May 21 14:55:27 EDT 2009
TEAS Stamp: USPTO/FTK-204.94.57.36-20090521145527277
938-77742219-4004636c0d8dd9ec9bd287522fd
2bdcb4c-DA-1004-20090521143851949576

# Krazy Coupon Lady Pick another check out lane, honey



Document Description: **Response to Office Action**
Mail / Create Date: **25-Feb-2010**

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 04/30/2011)

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77742219 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 110 |
| **MARK SECTION (no change)** | |
| **GOODS AND/OR SERVICES SECTION (current)** | |
| **INTERNATIONAL CLASS** | 041 |
| **DESCRIPTION** | |
| Education services, namely, providing live and on-line classes, seminars, workshops in the field of teaching people how to use coupons | |
| **FILING BASIS** | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 11/01/2008 |
| FIRST USE IN COMMERCE DATE | At least as early as 11/01/2008 |
| **GOODS AND/OR SERVICES SECTION (proposed)** | |
| **INTERNATIONAL CLASS** | 041 |
| **DESCRIPTION** | |
| Education services, namely, providing live and on-line classes, seminars, workshops in the field of teaching people how to use coupons | |
| **FILING BASIS** | Section 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| **DISCLAIMER** | No claim is made to the exclusive right to use COUPON apart from the mark as shown. |
| **SIGNATURE SECTION** | |

EXHIBIT B

| | |
|---|---|
| DECLARATION SIGNATURE | /Joan Demer/ |
| SIGNATORY'S NAME | Joan Demer |
| SIGNATORY'S POSITION | Managing Member |
| DATE SIGNED | 02/25/2010 |
| RESPONSE SIGNATURE | /jjl/ |
| SIGNATORY'S NAME | JungJin Lee |
| SIGNATORY'S POSITION | Attorney of record, Michigan bar member |
| DATE SIGNED | 02/25/2010 |
| AUTHORIZED SIGNATORY | YES |
| FILING INFORMATION SECTION | |
| SUBMIT DATE | Thu Feb 25 11:11:57 EST 2010 |
| TEAS STAMP | USPTO/ROA-71.227.21.157-2 0100225111157013634-77742 219-460c8ac64a2a136559021 29f6a1b4dca2a-N/A-N/A-201 00225084753557132 |

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 04/30/2011)

# Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **77742219** has been amended as follows:

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**
**Applicant proposes to amend the following class of goods/services in the application:**
**Current:** Class 041 for Education services, namely, providing live and on-line classes, seminars, workshops in the field of teaching people how to use coupons
Original Filing Basis:
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 11/01/2008 and first used in commerce at least as early as 11/01/2008, and is now in use in such commerce.

**Proposed:** Class 041 for Education services, namely, providing live and on-line classes, seminars, workshops in the field of teaching people how to use coupons
**Deleted Filing Basis:** 1(a)
**Filing Basis: Section 1(b), Intent to Use:** The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services as of the filing date of the application. (15 U.S.C. Section 1051(b)).

## ADDITIONAL STATEMENTS
**Disclaimer**
No claim is made to the exclusive right to use COUPON apart from the mark as shown.

## SIGNATURE(S)
**Declaration Signature**
If the applicant is seeking registration under Section 1(b) and/or Section 44 of the Trademark Act, the applicant has had a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services as of the filing date of the application. 37 C.F.R. Secs. 2.34(a)(2)(i); 2.34 (a)(3)(i); and 2.34(a)(4)(ii); and/or the applicant has had a bona fide intention to exercise legitimate control over the use of the mark in commerce by its members. 37 C.F.R. Sec. 2.44. If the applicant is seeking registration under Section 1(a) of the Trademark Act, the mark was in use in commerce on or in connection with the goods and/or services listed in the application as of the application filing date or as of the date of any submitted allegation of use. 37 C.F.R. Secs. 2.34(a)(1)(i); and/or the applicant has exercised legitimate control over the use of the mark in commerce by its members. 37 C.F.R. Sec. 244. The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; that if the original application was submitted unsigned, that all statements in the original application and this submission made of the declaration signer's knowledge are true; and all statements in the original application and this submission made on information and belief are believed to be true.

Signature: /Joan Demer/　　Date: 02/25/2010
Signatory's Name: Joan Demer
Signatory's Position: Managing Member

**Response Signature**
Signature: /jjl/　　Date: 02/25/2010
Signatory's Name: JungJin Lee
Signatory's Position: Attorney of record, Michigan bar member

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories

and possessions; and he/she is currently the applicant's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the applicant in this matter: (1) the applicant has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the applicant has filed a power of attorney appointing him/her in this matter; or (4) the applicant's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 77742219
Internet Transmission Date: Thu Feb 25 11:11:57 EST 2010
TEAS Stamp: USPTO/ROA-71.227.21.157-2010022511115701
3634-77742219-460c8ac64a2a13655902129f6a
1b4dca2a-N/A-N/A-20100225084753557132

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page. [required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information**: *Please e-mail TrademarkAssistanceCenter@uspto.gov, or telephone either 571-272-9250 or 1-800-786-9199.*
- **Technical help**: *For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-mail Electronic Business Support, or call 1-800-786-9199.*
- **Questions about USPTO programs**: *Please e-mail USPTO Contact Center (UCC).*

**Please Note:**

- *The Mail/Create Date is the date the document was loaded into the database; it is not necessarily the mailing date from which the response period, if any, flows. The mailing date is available in the prosecution history in TARR.*
- *Some filings made through the Trademark Electronic Application System (TEAS) are not uploaded immediately into TDR. Instead, it may take approximately seven (7) calendar days for the upload. If that amount of time has passed and your filing is still not appearing, please e-mail TDR@uspto.gov.*